**UNITED STATES of America, Appellee,**

**v.**

**Reginald IRISH, Appellant.**

**No. 06–4082.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2008.

Filed: July 31, 2008.

trict of Arkansas.

Ian A. Lewis, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Reginald Irish, Springfield, MO, pro se.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO, for appellee.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Reginald Irish pleaded guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). The district court[1] sentenced Irish to 77 months in prison and 3 years of supervised release. On appeal, Irish's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Irish has filed three pro se briefs. For the following reasons, we reject the arguments that they have raised.

First, the Second Amendment does not bar laws prohibiting felons from possessing firearms. *See Dist. of Columbia v. Heller*, —— U.S. ——, 128 S.Ct. 2783, 2816–17, 171 L.Ed.2d 637 (2008). Second, Congress did not exceed its authority or violate the Commerce Clause when it enacted section 922(g). *See United States v. Hill*, 386 F.3d 855, 859 (8th Cir.2004); *United States v. Shepherd*, 284 F.3d 965, 969 (8th Cir.2002). Third, general federal criminal laws like section 922(g) apply nationwide. *See Lewis v. United States*, 523 U.S. 155, 171, 118 S.Ct. 1135, 140 L.Ed.2d 271 (1998). Last, the required nexus between a firearm and commerce is established by showing that the firearm at one

time traveled in interstate commerce. *See United States v. Leathers*, 354 F.3d 955, 959 (8th Cir.2004).

After reviewing the record independently under *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issues. We grant counsel's motion to withdraw, and deny Irish's motions for appointment of new counsel and for a writ of habeas corpus ad testificandum. The judgment is affirmed.

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri.